Federal Clerk

Please send this back I have no Extra paper for copy

23-CV-325-TFM-C

In the Federal Southern District Courts

DC# 05-2023-003479.00
DC# TR19-403919

Virgil Mitchell      Initial Complaint for Criminal Charges

v's

State of Alabama

Now Comes Mitchell, On 5-6-23 I was arrested by fairhope police on false accusations of a terriost threat to the PNC Bank in fairhope. On 5-8-23 I went to a bond hearing here in the baldwin Co Jail which I did not request a preliminary hearing, So there was no court date issued on DC# 05 2023-003479.00 Terriost threat. But I was issued a Due process Date to file for preliminary hearing, it was 6-7-23. I filed 5-15-23 and a date that was removed on 6-15-23 was 5-25-23. On 5-25-23 was My original Court date for DC# 05-2023-003479.00. On that day I was not present for court, when I aske Officer Mrs. Sanders Why Wasn't I being transported to court She replied that My original Court date was Changed to 6-8-23 On that day I plead not guilty to DC# 05-2023-003479.00 and the Courdat was Set for 6-15-23. Appendix 28 U.S.C sec 60 d(2) says a person or defendant shall be granted Relief from a Judgment or order if they have not been notified of any actions taken, I was never notified personally of any change in my original Court date of 5-25-23 at all, and my motions I filed to dismiss with prejudice were set aside a judgment for Fraud. Appendix 28 U.S.C sec 60 d(3) says I should be granted Relief for Judgment or order if a Judgment has been set aside, for Fraud on the Courts. In the bond hearing held 5-8-23 the only Courtdate that was issue was 6-12-23 for TR19-403919 D.W.S. On the day of 6-12-23 I went to court in the Jail Courtroom where I plead not

ot guilty, Because I told them in that hearing that day that this TR19-403919 D.W-S traffic ticket, has been filed over in Case #CV1:21-00085-KD-MU Virgil Mitchell V's State of Alabama DHR. So in that hearing the state set the Court date over to 7-27-23 for trial. On 7-26-23 Officer Aldrete came up to T-Block to escourt me to the Jail Court room for a hearing on TR19-403919 when TR19-403919 was set for Trial on 7-27-23. On 8-1-23 I filed a Motion to dismiss with prejudice because Appendix 28 U.S.C sec 60 Releif from Judgment from order d(2) I was not notified of any change in Courtdate 7-27-23 Trial date. And the copy Mailed here on 8-1-23 was set aside a Judgment for (Fraud) on the Courts. Besides Appendix 28 U.S.C Sec 50 Conditional Ruling (B) Judgment as a matter of Law says to grant a motion for Judgment as a matter of Law against a party on a Claim or a defense that under the controlling Law, Can be maintained or defeated only with a favorable finding on that issue. Also Appendix 28 U.S.C sec 50 Rule b (3) The Court must direct it's entry for Conditional Ruling as a matter of Law. Their was no Motion I filed that was Judged by these Rulings of (Black Letter Law) Why? Because DC#05 2023 003479.00 I was set up just to Hinder the function's of a Conservative 12" agency involving CV-1:21 00085-KD-MU I should be Compensated for this; the total amount filed for in the 11th Cir Court of Appeals. But before I file civil action's in these new cases I would like to file a Writ of an arrest for Judge William Scully JR. for Abuse of power. Exactly why was my appeal Notice Denied? Please Amend these Actions.

8-18-23   Virgil Mitchell

Notice of Appeal form
Response

→ Appeals

Response to Documents denied
E-Filed 44, 42, 43, 41
Filed 8-15-23 Jail kiosk

FILED AUG 23 '23 PM 12:36

In the Circuit Court of Baldwin Co.          DC# 2023-005479.00
                                              DO# TR19-403919

Virgil Mitchell)   Response              Judge William Scully JR
       vs          Appendix 28 U.S.C sec. 50 Conditional Ruling(B)
State of Alabama   Judgment as a matter of Law

Now Comes Mitchell, Response to Documents E-Filed Doc, 44, 42, 41, 43 As provided by Appendix 28 U.S.C Sec 50 Judgment as a matter of Law for a Conditional Ruling(B) Says to grant a motion for Judgment as a matter of Law against the party on a Claim or a defense that under the Controlling law. Can be maintained or defeated only with a favorable finding on that issue. These orders from Judge William Scully JR. has no Judgment as a matter of Law. Appendix 28 U.S.C sec 50 b(3) (The Courts must direct the entry for the Conditional Ruling as a matter of Law.) I have no Later than 28 days after the date of judgment 8-15-23 is issued to file for a Judgment as a matter of Law. Besides Notes from the office of Law Revision Counsel Appendix 28 U.S.C 2107 Time for Appeal to the Courts of appeals Rule 81 Applicability of Rules in General. Words order was added in two places after Judgment so as to make section cover all appeals of which the court of Appeals have (Jurisdiction) as set forth in Section 1291 et. Seq. of this title. Judge William Scully JR. don't have the Jurisdiction to have denied anything in this Appeal Notice to the Circuit Court. It should have been Judged by a Circuit Judge. Why is it in the Jail kiosk Signed by Judge Scully? Please Amend to Dismiss with Prejudice.

DONE this 18th Day of August 2023

B P                     8-18-23          Virgil Mitchell
NOTARY    My Commission Expires December 8, 2025

(Copy) denied without     Please send
Appendix 28 U.S.C sec 50      Back
Judgment as a matter of Law

In the District Court of Baldwin Co      05 DC# 2023-003479.00
                                          DC TR19-403919 DWS

                    Motion to dismiss
Virgil Mitchell           with prejudice
      vs
State of Alabama      Appendix 28 U.S.C sec 60 → or order d2;
                       Relief from Judgment

Now comes Mitchell, The court date I attended on 7-26-23 was not my original Court date. My courtdate was set for 7-27-23 on 6-12-23 when I plead not guilty to DC#TR19-403919 DWS. On 6-12-23 The DC#TR19-403919 court date was set for 7-27-23 I was not present on that day, which I was not given a right to a fair Trial and a violation in the 5th 6th and 14th amendments. On 5-8-23, I did not request preliminary hearing, in the order given from Judge Scully on 5-8-23 I was given a date that requesting the hearing would be (Due process) and that date was 6-7-2. I filed for preliminary hearing on 5-15-23 Hand written Motion to Scully. My original court date was set for 5-25-23 I was not present and I was not notified of any chang in neither one of these courtdates personally. Because of that I filed to dismiss the both of them with prejudice. because it violated my Civil Rights to a Fair Due process Clause. Because I was not present on 5-25-23 or 7-27-23 I am asking to dismiss with prejudice. Because of Appendix 28 U.S.C sec 60 U.S.C 1655 d2, 3 The State of Alabama Erorred when I was not personally notified of any Change and when they set a side Judgment from motion filed 6-12-23 for Fraud Document 9 and 27 E Filed  Please Dismiss with Prejudice
8-1-23                                    Virgil Mitchell

Virgil Mitchell
200 Hand AV.E.
Bayminette AL.
36507

Legal Mail

MOBILE AL 366
21 AUG 2023 PM 2 L

This Correspondence is forwarded from the Baldwin Company Sheriff's Corrections Center. The contents have not been evaluated, and the Baldwin Co. Sheriff's Office is not responsible for the substance or contents of the enclosed communication.

36602-391455

155 St Joseph St
Mobile AL. 36602
Federal Clerk (Michell)